UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TAKEEMA HUGHES                                                                                   PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:14CV230 DPJ-FKB

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY                                                 DEFENDANT

ORDER

Takeema Hughes brought this action to obtain judicial review of a final decision of the Commission of the Social Security Administration.  The cause is before the Court on the Report and Recommendation [17] of Magistrate Judge F. Keith Ball.  Judge Ball recommended denying Hughes's motion for summary judgment [14] and granting the Commissioner's motion to affirm [15].  Hughes has not filed an Objection to the Report and Recommendation, and the time to do so has passed.

Accordingly, the unopposed Report and Recommendation [17] of Magistrate Judge F. Keith Ball is adopted in its entirety as the opinion of the Court.  For the reasons explained in the Report and Recommendation, Hughes's motion for summary judgment [14] is denied and the Commissioner's motion to affirm [15] is granted.  This appeal is dismissed with prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 17th day of July, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE